**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| **vs.** | : | **CRIMINAL CASE NO. 5:26-CR-** |
| | : | |
| **SHEMIAH RAWLS** | : | |
| **MACKEAL RAWLS,** | : | **VIOLATION(S):** |
| | : | **18 U.S.C. § 922(a)(6)** |
| | : | **18 U.S.C. § 2** |
| **Defendants.** | : | |

**THE GRAND JURY CHARGES:**

<u>**COUNT ONE**</u>
**(False Statements During Acquisition of a Firearm from a Licensed Dealer)**

On or about September 9, 2021, in the Macon Division of the Middle District of Georgia

the Defendants,

**SHEMIAH RAWLS
MACKEAL RAWLS,**

aided and abetted by one another, and by others both known and unknown by the Grand Jury, in

connection with the acquisition of a firearm, that is, one (1) Glock, Model 42, .380 caliber pistol,

Serial Number ADAG799 from Centerville Gun & Pawn located at 327 S. Houston Lake Rd.,

Warner Robins, GA, a licensed dealer of firearms within the meaning of Chapter 44, Title 18,

United States Code, did knowingly make a false and fictitious written statement to Centerville

Gun & Pawn, which statement was intended and likely to deceive Centerville Gun & Pawn as to

a fact material to the lawfulness of such sale of the said firearm under Chapter 44 of Title 18, in

that SHEMIAH RAWLS and MACKEAL RAWLS represented that they were the actual

transferees/buyers of the firearm when in fact SHEMIAH RAWLS and MACKEAL RAWLS

1

intended to transfer possession of said firearm to another person at the conclusion of the transaction; all in violation of Title 18, United States Code, Sections 2, 922(a)(6), and 924(a)(2).

A TRUE BILL.

s/Foreperson of the Grand Jury
FOREPERSON OF THE GRAND JURY

WILLIAM R. KEYES
UNITED STATES ATTORNEY

Presented by:

TRAVIS D. LYNES
ASSISTANT UNITED STATES ATTORNEY

Filed in open court this 15 day of April , 2026.

Deputy Clerk

2